THE BEN FRANKLIN TRANSPORTATION COMPANY, Appellant, *v.* THE CITY OF YONKERS, Respondent.

*Franklin Transportation Co.* v. *City of Yonkers,* 117 App. Div. 793, affirmed.

(Argued April 14, 1908; decided May 19, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 16, 1907, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial in an action to recover damages alleged to have been caused the plaintiff through the obstruction by the defendant of a certain navigable stream.

*James M. Hunt* for appellant.

*Charles E. Otis* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

CHARLES E. ROSE, Respondent, *v.* THE CITY OF TROY, Appellant.

*Rose* v. *City of Troy,* 119 App. Div. 927, affirmed.

(Argued April 15, 1908; decided May 19, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 10, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have occurred through defendant's negligence in permitting an obstruction to remain in a public street.

*P. H. Russell* and *G. B. Wellington* for appellant.

*Frank H. Deal* and *Thomas F. Powers* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.